AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT
\*\*\*\*\*        DISTRICT OF   NEVADA

In re:
DARREN ROY MACK,
    Debtor,
-------------------------------------------------

THE PROBATE ESTATE OF CHARLA MACK,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:08-CV-690-ECR (VPC)**

DARREN ROY MACK,

      Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    ORDER: IT IS HEREBY ORDERED that Appellant's Motion for Leave to Appeal (#1) is GRANTED.  FURTHER ORDERED that Appellant's Motion for Leave to File a Reply (#7) is DENIED AS MOOT.  FURTHER ORDERED that the bankruptcy's court's Order of November 18, 2008, is AFFIRMED IN PART AND REVERSED IN PART and the matter is REMANDED to the bankruptcy court for further proceedings not inconsistent with this Order

 September 28, 2009                                          **LANCE S. WILSON**
                                                                                   Clerk

                                                                     /s/ Marti Campbell
                                                                        Deputy Clerk